**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01658-REB-KMT

TRUST INDUSTRIAL BANK d/b/a FISERV INVESTMENT SUPPORT SERVICES, and NTC & CO.,

      Plaintiffs,

v.

RICHARD A. GUGGENHEIMER,
CATHLEEN A. LIEBERMAN, and
NORMA SHAPIRO,

      Defendants.

## ORDER GRANTING MOTION TO TRANSFER CASE

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Transfer Related Case And For Stay of Proceedings** [#17] filed August 14, 2009.  With the approbation of the Honorable Christine M Arguello, United States District Judge for the District of Colorado, and the consent of the Honorable Wiley Y. Daniel, Chief Judge of the United States District Court for the District of Colorado, I conclude that the motion should be granted, but only to the extent that it requests a transfer from me to Judge Arguello.

**THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion To Transfer Related Case And For Stay of Proceedings** [#17] filed August 14, 2009, is **GRANTED**, but only to the extent that it

requests a transfer to Judge Arguello[1];

2. That pursuant to D.C.COLO.LCivR 40.1A, this case shall be **REASSIGNED** to the Honorable Christine M. Arguello, United States District Judge for the District of Colorado.

Dated August 19, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[1] Thus, that portion of the motion, which requests a stay of the proceedings, remains pending.