IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01658–CMA–KMT

TRUST INDUSTRIAL BANK d/b/a FISERV INVESTMENT SUPPORT SERVICES, and
NTC & CO.,

      Plaintiffs,

v.

RICHARD A. GUGGENHEIMER,
CATHLEEN A. LIEBERMAN, and
NORMA SHAPIRO,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Stipulated Motion to Vacate Rule 16(b) Scheduling Conference and all Related
Pretrial Deadlines" (#29, filed September 18, 2009) is GRANTED.  The October 13, 2009
Scheduling Conference and its associated deadlines are VACATED.

Dated: September 21, 2009