IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01658-CMA-CBS

TRUST INDUSTRIAL BANK,
d/b/a FISERV INVESTMENT SUPPORT SERVICES, and
NTC & CO.,

    Plaintiffs

v.

RICHARD A. GUGGENHEIMER,
CATHLEEN A. LIEBERMAN, and
NORMA SHAPIRO,

    Defendants.

## ORDER VACATING STAY, GRANTING LEAVE TO FILE AMENDED COMPLAINT, AND SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion to Vacate Stay, for Leave to Amend Complaint, and to Set Briefing Schedule (*doc. # 46*). The Court having considered the matter and finding good cause,

IT IS HEREBY ORDERED that the Unopposed Motion is GRANTED. The stay in this matter is vacated, Plaintiffs' tendered "Amended Complaint for Declaratory Judgment and to Stay Class Arbitration leave to file the Amended Complaint" (*doc. # 46-1)* is accepted for filing as of the date of this Order, and Plaintiffs' shall file a summary judgment motion on the *Stolt-Nielsen* issue within 20 days after this Order is entered, with Defendants' opposition brief due 20 days after service of the motion, and Plaintiffs' reply brief due 14 days after the opposition is served.

DATED at Denver, Colorado, this 24th day of September, 2010.

BY THE COURT:

Craig B. Shaffer
United States Magistrate Judge